AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

FILED
WILLIAMSPORT

OCT 10 2025

PER _CAW_
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| WILLIAM WANG | ) Case No. 4:25-MJ-00064 |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 10, 2025__ in the county of __Centre__ in the __Middle__ District of __Pennsylvania,__ the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(a)(6) | False Statement During Attempted Purchase of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit in support

☑ Continued on the attached sheet.

_Complainant's signature_

Danielle Wertz, Special Agent, FBI
_Printed name and title_

Sworn to before me via reliable electronic means.

Date: October 10, 2025

_Judge's signature_

City and state:    Williamsport, PA           Sean A. Camoni, United States Magistrate Judge
_Printed name and title_