AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM WANG<br><br>_____<br>*Defendant* | )<br>)  Case No. 4:25-MJ-00064<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(a)(6)- False Statement During Attempted Purchase of a Firearm


Date:   10/10/2025                              _____[signature]_____
                                                              *Issuing officer's signature*

City and state:   Williamsport PA                Hon. Sean A. Camoni, United States Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                              _____
                                                              *Arresting officer's signature*

                                                              _____
                                                              *Printed name and title*